**Frankie L. MITCHELL,
Claimant/Appellant,**

v.

**WHITE–RODGERS,
Employer/Respondent.**

No. 73042.

Missouri Court of Appeals,
Eastern District,
Division One.

April 21, 1998.

Roskin and Leeds, Preston E. Roskin, Kenneth A. Leeds, Clayton, for appellant.

Luke & Cunliff, P.C., Gilbert D. Connor, St. Louis, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Frankie Lee Mitchell appeals the Labor and Industrial Relations Commission's denial of her Worker's Compensation claim. Mitchell claims she presented sufficient evidence to prove that her duties at White–Rodgers caused carpal tunnel syndrome in both hands.

We have read the briefs and reviewed the legal file and transcript. We find no error of law and no jurisprudential purpose will be served by an extended written opinion. Judgment affirmed in accordance with Rule 84.16(b).